UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-00154-GW (AJWx) and all related cases (listed below) | Date | June 10, 2014 |
|---|---|---|---|
| Title | *Eclipse IP LLC v. PayByPhone Technologies, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER Coordinating and Staying Cases**

The Court was presiding over two cases filed by Eclipse IP LLC ("Eclipse"): *Eclipse IP, LLC v. Dolls Kill, Inc.*, CV 13-01855,[1] and *Eclipse IP, LLC v. PayByPhone Technologies, Inc.*, CV 14-00154, and has accepted related case transfer of seven cases Eclipse filed involving an overlapping constellation of patents from the same family: Nos. 7,064,681; 7,113,110; 7,119,716; 7,319,414; 7,479,899; 7,482,952; 7,876,239; 8,232,899; 8,531,317; and 8,564,459.  Those related cases are:

1.   *Eclipse IP LLC v. Safeway Inc.*, CV 14-00376[2]
2.   *Eclipse IP LLC v. Tri Starr Management Services Inc.*, CV 14-00578
3.   *Eclipse IP LLC v. Dogeared Jewels and Gifts LLC*, CV 14-00643[3]
4.   *Eclipse IP LLC v. Vapour Organic Beauty Inc.*, CV 14-00644
5.   *Eclipse IP LLC v. Title 9 Sports Inc.*, CV 14-00645[4]
6.   *Eclipse IP LLC v. Backcountry.com Inc.*, CV 14-00646
7.   *Eclipse IP LLC v. McKinley Equipment Corporation*, CV 14-00742

These nine related cases are collectively referred to as the "Eclipse Cases."  All of the Eclipse Cases that

---

[1] Eclipse voluntarily dismissed this case on June 9, 2014.  Docket No. 13 in CV 13-01855.

[2] The parties filed a stipulation to dismiss this case on June 9, 2014.  Docket No. 17 in CV 14-00376.

[3] Eclipse voluntarily dismissed this case on June 9, 2014.  Docket No. 11 in CV 14-00643.

[4] Eclipse voluntarily dismissed this case on June 9, 2014.  Docket No. 11 in CV 14-00645.

:

Initials of Preparer     JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-00154-GW (AJWx) and all related cases (listed below) | Date | June 10, 2014 |
|---|---|---|---|
| Title | *Eclipse IP LLC v. PayByPhone Technologies, Inc.* | | |

remain pending are hereby **COORDINATED** for case management purposes. This does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined or served in accordance with the Federal Rules of Civil Procedure.

*Eclipse IP LLC v. PayByPhone Technologies, Inc.*, CV 14-00154, will serve as the master case file. All documents, when filed and docketed in the master case file, shall be deemed filed and docketed in each individual related case to the extent applicable. Parties shall enter their appearances in the individual cases, and the Clerk is directed to add all parties and attorneys from the individual cases to the master case file such that all counsel appearing in the individual cases will receive notifications for the master case file as well.

If documents are applicable to all consolidated actions, they shall include in their caption the notation that they relate to "ALL CASES" and be filed and docketed only in the master file. Documents intended to apply only to particular cases shall be filed only in the individual cases.

The Eclipse Cases are hereby **STAYED** with the exception of the below-described activity. All pending motions are hereby taken off calendar, and, if appropriate, can be reinstated with any necessary modification once the stay is lifted.[5]

**1.** No later than 14 days after the filing of this Order, Plaintiff is ORDERED to file and serve in each case a Disclosure of Asserted Claims and Infringement Contentions and accompanying document production in compliance with Rules 2.1 and 2.2 of the Honorable Andrew J. Guilford's Standing Patent Rules, also taking particular care to **identify any third party** whose activities or instrumentalities play a role in the accused infringement. As noted in the Minutes of the May 29, 2014 scheduling conference held in *Eclipse IP, LLC v. PayByPhone Technologies, Inc.*, CV 14-00154, Docket. No. 30, based on the nature of the business engaged in by some of the defendants, the Court is concerned that at least some of the Eclipse Cases have the potential for resolution to be driven primarily by the costs of defense. The Court therefore wishes to ensure that the defendants have the opportunity to explore whether there are third parties whose presence before the Court in these matters would help ensure resolutions congruent

---

[5] Included in the stay (and hence taken off-calendar) is Plaintiff Eclipse's Motion to Strike and to Dismiss (Docket No. 32), now scheduled for July 7, 2014.

| | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-00154-GW (AJWx) and all related cases (listed below) | Date | June 10, 2014 |
|---|---|---|---|
| Title | *Eclipse IP LLC v. PayByPhone Technologies, Inc.* | | |

with the merits.[6]

**2.** If not already filed, responsive pleadings or motions will be due 14 days after the stay is lifted unless the Court sets another time. However, defense counsel are encouraged to file notices of appearances and certifications as to interested parties as soon as possible. Filing such notices and certifications will not constitute waiver of any defenses.

**3.** Plaintiff is ORDERED to immediately serve a copy of this Order on all Defendants who have not yet filed appearances in the cases (and who therefore have not received a copy through the CM/ECF system).

**4.** Plaintiff is ORDERED to file a status report with the Court no later than 14 days after the filing of this Order, certifying service of this Order (attaching proof of service if not effected through CM/ECF), and providing two summary charts showing which defendants are alleged to infringe which claims of which patents: one organized by defendant, the other by patent and claim. The Court also VACATES the scheduling conference set for June 23, 2014 and sets a Status Conference for the Eclipse Cases on **July 7, 2014 at 8:30 a.m.** to discuss lifting the stay and future scheduling of matters in the actions. Parties may appear telephonically with advanced arrangement with the Court Clerk.

**5.** For any further case filed by Plaintiff in this District involving any of the patents asserted in the Eclipse Cases, Plaintiffs is ORDERED to file a notice of related case to enable the new court to determine whether related case transfer is appropriate.

IT IS SO ORDERED.

---

[6] The Court is aware that after Eclipse sued or threatened suit against customers of delivery companies UPS and FedEx, those companies sued Eclipse for declaratory relief in separate cases that were resolved by Eclipse granting unconditional and irrevocable covenants not to sue to the shipping companies and its customers. *See* Stipulation of Dismissal, *United Parcel Service, Inc. v. Eclipse IP LLC*, No. 1:11-cv-02138-CAP, Docket No. 43 (N.D. Ga. Feb. 28, 2013); Notice of Voluntary Dismissal with Prejudice, *FedEx Corporate Servs., Inc. v. Eclipse IP LLC*, CA No. 1:13-cv-00275-AT, Docket No. 34 (N.D. Ga. June 24, 2013). Those cases involved five of the patents also at issue in these coordinated cases.

:

Initials of Preparer    JG