Matt Olavi (Bar No. 265945)
molavi@olavidunne.com
Brian J. Dunne (Bar No. 275689)
bdunne@olavidunne.com
**OLAVI DUNNE LLP**
800 Wilshire Blvd., Suite 320
Los Angeles, California 90017
Telephone:  (213) 516-7900
Facsimile:  (213) 516-7910

Tyler J. Woods (Bar No. 232464)
twoods@trialnewport.com
**NEWPORT TRIAL GROUP**
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949*) 706-6469*

*Attorneys for Plaintiff ECLIPSE IP LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAYBYPHONE TECHNOLOGIES, INC., a Canadian Corporation<br><br>　　　　　Defendant. | Case No. 2:14-cv-00154-GW(AJWx)<br><br>**ECLIPSE IP LLC'S STATUS REPORT PURSUANT TO THE COURT'S JUNE 10, 2014 ORDER (DKT. NO. 33)**<br><br>**RELATED TO ALL CASES** |

**ECLIPSE IP LLC'S STATUS REPORT**

1  Pursuant to the Court's June 10, 2014 Order Coordinating and Staying Cases,
2  Eclipse hereby submits this status report.
3  Eclipse certifies that, to the best of its knowledge, Tri Star Management
4  Services, Inc., Vapour Organic Beauty Products, McKinley Equipment Corporation,
5  and PayByPhone Technologies, Inc. have all received a copy of the Court's June 10,
6  2014 Order through the Court's CM/ECF system as each of the above-referenced
7  defendants are represented by counsel who have made appearances in the individual
8  cases.
9  In addition, attached hereto as Exhibits 1 and 2 are two summary charts to
10 assist the Court in identifying which patents and claims are at issue with regard to
11 the individual defendants.  The summary chart attached as Exhibit 1 is organized by
12 defendant and the summary chart attached as Exhibit 2 is organized by patent and
13 claim.

15 Dated:  June 24, 2014            Respectfully submitted,

17                                 NEWPORT TRIAL GROUP LLP
18                                 By:  /s/ Tyler Woods

                                   Tyler Woods
20                                 Attorneys for Defendant
                                   ECLIPSE IP LLC

23                                 OLAVI DUNNE LLP
                                   By:  /s/ Matt Olavi

25                                 Matt Olavi
26                                 Attorneys for Defendant
                                   ECLIPSE IP LLC

1
ECLIPSE IP LLC'S STATUS REPORT

# PROOF OF SERVICE

I, Matt Olavi, declare as follows:

I am a citizen of the United States, employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: 800 Wilshire Blvd., Suite 320, Los Angeles, California 90017.

On June 24, 2014, I caused the following documents to be served:

**ECLIPSE IP LLC'S STATUS REPORT PURSUANT TO THE COURT'S JUNE 10, 2014 ORDER (DKT. NO. 33)**

[X]   by the court's electronic filing system. I am familiar with the U.S. District Court, Central District of California's practice for collecting and processing electronic filings. Under the practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in this case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under this practice, the CM/ECF user listed below was served:

I declare that I am a member of the Bar of this Court and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 24, 2014, at Los Angeles, California.

                                                   */s/ Matt Olavi*
                                                  Matt Olavi

# Exhibit 1

| Defendant (Case Number) | Patent(s) Claims | | |
|---|---|---|---|
| **PayByPhone Technologies, Inc.** (14-cv-00154) | **8,232,899** 1, 2, 7, 12, 13, 15, 21, 22, and/or 24 | **8,531,317** 1, 3, 5, 8, 12, 18, 19, 20, 22, and/or 24 | **8,564,459** 1, 2, 6, 7, 10, 11, 12, 13, 17, 18, 21, 22, 23, 26, and/or 27 |
| **McKinley Equipment Corporation** (14-cv-00644) | **7,113,110** 1, 2, 7, and/or 8 | **7,119,716** 1, 2, 4, 6, 7, 18, 19, 20, 41, 43, 44, 45, and/or 46 | **7,064,681** 1, 3, 4, and 6 |
| **Tri Starr Management Services, Inc.** (14-cv-00578) | **7,479,899** 1 and/or 10 | **7,876,239** 1, 39, and/or 41 | **7,482,952** 7, 8, and/or 11 |
| **Vapour Organic Beauty, Inc.** (14-cv-00644) | **7,479,899** 1 | **7,319,414** 1 and/or 7 | |

# Exhibit 2

| Patent | Defendant(s) Accused of Infringement |
|---|---|
| 7,064,681 | |
| Claim 1 | McKinley Equipment Corporation |
| Claim 3 | McKinley Equipment Corporation |
| Claim 4 | McKinley Equipment Corporation |
| Claim 6 | McKinley Equipment Corporation |
| 7,113,110 | |
| Claim 1 | McKinley Equipment Corporation |
| Claim 2 | McKinley Equipment Corporation |
| Claim 7 | McKinley Equipment Corporation |
| Claim 8 | McKinley Equipment Corporation |
| 7,119,716 | |
| Claim 1 | McKinley Equipment Corporation |
| Claim 2 | McKinley Equipment Corporation |
| Claim 4 | McKinley Equipment Corporation |
| Claim 6 | McKinley Equipment Corporation |
| Claim 7 | McKinley Equipment Corporation |
| Claim 18 | McKinley Equipment Corporation |
| Claim 19 | McKinley Equipment Corporation |
| Claim 20 | McKinley Equipment Corporation |
| Claim 41 | McKinley Equipment Corporation |
| Claim 43 | McKinley Equipment Corporation |
| Claim 44 | McKinley Equipment Corporation |
| Claim 45 | McKinley Equipment Corporation |
| Claim 46 | McKinley Equipment Corporation |
| 7,319,414 | |
| Claim 1 | Vapour Organic Beauty, Inc. |
| Claim 7 | Vapour Organic Beauty, Inc. |
| 7,482,952 | |
| Claim 7 | Tri Starr Management Services, Inc. |
| Claim 8 | Tri Starr Management Services, Inc. |
| Claim 11 | Tri Starr Management Services, Inc. |
| 7,479,899 | |
| Claim 1 | Tri Starr Management Services, Inc.; Vapour Organic Beauty, Inc. |
| Claim 10 | Tri Starr Management Services, Inc. |

| Patent | Defendant(s) Accused of Infringement |
|---|---|
| 7,876,239 | |
| Claim 1 | Tri Starr Management Services, Inc. |
| Claim 39 | Tri Starr Management Services, Inc. |
| Claim 41 | Tri Starr Management Services, Inc. |
| 8,232,899 | |
| Claim 1 | PayByPhone Technologies, Inc. |
| Claim 2 | PayByPhone Technologies, Inc. |
| Claim 7 | PayByPhone Technologies, Inc. |
| Claim 12 | PayByPhone Technologies, Inc. |
| Claim 13 | PayByPhone Technologies, Inc. |
| Claim 15 | PayByPhone Technologies, Inc. |
| Claim 21 | PayByPhone Technologies, Inc. |
| Claim 22 | PayByPhone Technologies, Inc. |
| Claim 24 | PayByPhone Technologies, Inc. |
| 8,531,317 | |
| Claim 1 | PayByPhone Technologies, Inc. |
| Claim 3 | PayByPhone Technologies, Inc. |
| Claim 5 | PayByPhone Technologies, Inc. |
| Claim 8 | PayByPhone Technologies, Inc. |
| Claim 12 | PayByPhone Technologies, Inc. |
| Claim 18 | PayByPhone Technologies, Inc. |
| Claim 19 | PayByPhone Technologies, Inc. |
| Claim 20 | PayByPhone Technologies, Inc. |
| Claim 22 | PayByPhone Technologies, Inc. |
| Claim 24 | PayByPhone Technologies, Inc. |
| 8,564,459 | |
| Claim 1 | PayByPhone Technologies, Inc. |
| Claim 2 | PayByPhone Technologies, Inc. |
| Claim 6 | PayByPhone Technologies, Inc. |
| Claim 7 | PayByPhone Technologies, Inc. |
| Claim 10 | PayByPhone Technologies, Inc. |
| Claim 11 | PayByPhone Technologies, Inc. |
| Claim 12 | PayByPhone Technologies, Inc. |
| Claim 13 | PayByPhone Technologies, Inc. |
| Claim 17 | PayByPhone Technologies, Inc. |
| Claim 18 | PayByPhone Technologies, Inc. |
| Claim 21 | PayByPhone Technologies, Inc. |
| Claim 22 | PayByPhone Technologies, Inc. |
| Claim 23 | PayByPhone Technologies, Inc. |

| Patent | Defendant(s) Accused of Infringement |
|---|---|
| 8,564,459 (Contd.) | |
| Claim 26 | PayByPhone Technologies, Inc. |
| Claim 27 | PayByPhone Technologies, Inc. |