Matt Olavi (Bar No. 265945)
  molavi@olavidunne.com
Brian J. Dunne (Bar No. 275689)
  bdunne@olavidunne.com
**OLAVI DUNNE LLP**
800 Wilshire Blvd., Suite 320
Los Angeles, California 90017
Telephone:  (213) 516-7900
Facsimile:  (213) 516-7910

*Attorneys for Plaintiff Eclipse IP LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company, | Case No. 2:14-cv-00154-GW(AJWx) |
| Plaintiff, | **ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS** |
| v. | |
| PAYBYPHONE TECHNOLOGIES, INC. a Canadian Corporation, | |
| Defendant. | |

**ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

**ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

Pursuant to the Court's Order Consolidating and Staying Cases, issued by Judge Wu on June 10, 2014 (D.E. 33), Eclipse IP LLC ("Eclipse") hereby respectfully submits these Infringement Contentions.

**General Statement**

Eclipse's contentions, as provided herein, are based on the information publicly available to it and on its investigation to date. Eclipse reserves the right to supplement these contentions as new information becomes available to it and as its investigation progresses. Moreover, Eclipse will serve discovery requests on PayByPhone which will seek information relating to the identity, structure, and function of the accused products in this action, including requests relating to the source code that implements the accused functionalities. PayByPhone has refused to provide any information about the accused functionalities and has not provided any initial disclosures. Accordingly, Eclipse reserves the right to supplement its contentions when PayByPhone provides discovery and initial disclosures to Eclipse. Eclipse reserves the right to supplement, amend, or alter its contentions with respect to infringement under the doctrine of equivalents at such time as it receives discovery regarding PayByPhone's proposed claim constructions.

**U.S. Patent Nos. 8,232,899, 8,531,317, and 8,564,459**

Eclipse contends that PayByPhone makes, uses, sells, offers for sale, or imports applications, computers, and servers that infringe at least claims 1, 2, 7, 12, 13, 15, 21, 22, and/or 24 of U.S. Patent No. 8,232,899 (the '899 Patent) literally under 35 U.S.C. § 271(a); at least claims 1, 3, 5, 8, 12, 18, 19, 20, 22, and/or 24 of U.S. Patent No. 8,531,317 (the '317 Patent) literally under 35 U.S.C. § 271(a); and at least claims 1, 2, 6, 7, 10, 11, 12, 13, 17, 18, 21, 22, 23, 26, and/or 27 of U.S. Patent No. 8,564,459 (the '459 Patent) literally under 35 U.S.C. § 271(a). Eclipse contends that PayByPhone's Automated Parking System, which includes the PayByPhone smartphone application, literally infringes at least claims 1, 2, 7, 12, 13, 15, 21, 22, and/or 24 of the '899 Patent; at least claims 1, 3, 5, 8, 12, 18, 19,

20, 22, and/or 24 of the '317 Patent; and at least claims 1, 2, 6, 7, 10, 11, 12, 13, 17, 18, 21, 22, 23, 26, and/or 27 of the '459 Patent.  All claims of the '899 Patent, '317 Patent, and '459 Patent are entitled to a priority date of May 28, 2003.

Exemplary claim charts mapping each asserted claim of the '899 Patent, '317 Patent, and '459 Patent to the accused PayByPhone products are attached as Exhibits 1, 2, and 3, respectfully.  While Eclipse contends that PayByPhone infringes each asserted claim literally, in the event that PayByPhone seeks, or the Court provides, a claim construction under which any asserted claim is not literally infringed, Eclipse contends that such a claim is infringed under the doctrine of equivalents. In that case, Eclipse expressly reserves the right to amend or supplement these contentions to provide further contentions regarding infringement under the doctrine of equivalents.

**Document Production Accompanying Disclosure**

On June 2, 2014, Eclipse previously produced ECL-PBP-000001 through ECL-PBP-000056.  On June 24, 2014, Eclipse produced copies of the file histories of the Patents-in-Suit (ECL-PBP-00057 through ECL-PBP-01698) and all document evidencing Eclipse's ownership of the patent rights (ECL-PBP-01699 through ECL-PBP-01711).

Dated:  June 24, 2014                              **OLAVI DUNNE LLP**


                                        By:  _____/s/ Matt Olavi_____
                                             Matt Olavi
                                             Attorneys for Plaintiff,
                                             Eclipse IP LLC

**ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the above-entitled action; my business address is 800 Wilshire Blvd, Suite 320, Los Angeles, CA 90017. On June 24, 2014, I served the following document(s) described as follows:

**ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

[X]    by the court's electronic filing system.  I am familiar with the U.S. District Court, Central District of California's practice for collecting and processing electronic filings. Under the practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in this case.   The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under this practice, the CM/ECF user listed below was served:

Jeffrey Sonnabend
Sonnabend Law
600 Prospect Avenue
Brooklyn, NY 11215
Tel: 718-832-8810
Fax: 718-832-2767

[X]    (FEDERAL) I declare that I am a member of the bar of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on June 24, 2014.

By:   _____/s/ Matt Olavi_____
Matt Olavi
Attorneys for Plaintiff,
Eclipse IP LLC

**ECLIPSE IP LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS**

# Exhibit 1

**UNITED STATES PATENT NO. 8,232,899**

**PRELIMINARY INFRINGEMENT CONTENTIONS**

**Infringing PayByPhone Products:**[1] PayByPhone Automated Parking System(s), including the PayByPhone Applications[2]

| '899 Patent Claim | |
|---|---|
| [1A]  A method for an automated notification system, comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone smartphone application ("PayByPhone App") practices a method for an automated notification system. <br><br> For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers that provide automated notifications (via SMS message, email, and/or an in app message) based upon the impending departure of the user's vehicle from a parking space – i.e., when a user's parking time is about to expire. *See, e.g.,* |

---

[1]  This list of Infringing PayByPhone Products was created based on publicly available information and is not exhaustive.

[2]   This chart provides exemplary infringement evidence for the PayByPhone smartphone application for Apple's iOS platform, but on information and belief, it is also applicable to PayByPhone's smartphone application for Google's Android platform, PayByPhone's smartphone application for the Window's Mobile platform, and PayByPhone's mobile web application.

| '899 Patent Claim | |
|---|---|
| | <br><br>ECL-PBP-00010 (Boxes Added), ECL-PBP-00006 |

| '899 Patent Claim | |
|---|---|
| [1B]  initiating a notification communication session with a personal communications device, based upon impending arrival or departure of one or more mobile things in relation to a location; | The PayByPhone Automated Parking System initiates a notification communication session with a personal communications device, based upon impending arrival or departure of one or more mobile things in relation to a location.<br><br>For example, The PayByPhone Automated Parking System allows users of the system to purchase parking for a particular quantity of time for a particular parking space in a particular area.  The PayByPhone Automated Parking System initiates a notification communication session with the user's smartphone, tablet, or other personal communications device based, at least in part, upon the impending expiration of the user's parking time, at which time the user's vehicle (a mobile thing) must depart from the particular parking space (a location).  *See, e.g.,*<br><br> <br>ECL-PBP-00010, ECL-PBP-00006<br>(Boxes added) |

3

| '899 Patent Claim | |
|---|---|
| [1C]  during the communication session, providing a plurality of arrival or departure times in relation to the location and enabling selection of one of the times; and | During the communication session, The PayByPhone Automated Parking System provides a plurality of arrival or departure times in relation to the location and enables selection of one of the times.<br><br>For example, during the communication session, the PayByPhone Automated Parking System allows the user to purchase additional parking time so that her vehicle may remain in the parking space for an additional period of time.  The PayByPhone Automated Parking System provides the user with a plurality of departure times, dependent on the rules and regulations of the area in which the user is parked, and offers various time intervals (minutes, hours, days, weeks, and/or months) and a user-provided quantity to enable the user to select her desired departure time from said plurality of departure times.  *See, e.g.,*<br><br><br><br>ECL-PBP-00017, ECL-PBP-00056 |

4

| '899 Patent Claim | |
|---|---|
| |  |

ECL-PBP-00013, ECL-PBP-00007

| '899 Patent Claim | |
|---|---|
| [1D]  causing a mobile thing to arrive at or depart from the location at substantially the selected time. | The PayByPhone Automated Parking System causes a mobile thing to arrive at or depart from the location at substantially the selected time.<br><br>For example, the PayByPhone Automated Parking System only permits and/or authorizes the user to park her vehicle at a given location at or before the time selected by the user. *See* [1C].  The PayByPhone Automated Parking System notifies the user of the time at which she is no longer permitted and/or authorized to park her vehicle at a given location, causing her to remove the vehicle at substantially the selected time.  *See, e.g.,*<br><br><br><br>ECL-PBP-00010 (Box Added), ECL-PBP-00006 (Box Added) |

| '899 Patent Claim | |
|---|---|
| | **Tuesday, May 6, 2014 at 9:44:23 PM Pacific Daylight Time**<br><br>**Subject:** PayByPhone Parking Receipt<br>**Date:**    Saturday, December 14, 2013 at 11:25:12 AM Pacific Standard Time<br>**From:**   support@paybyphone.com<br>**To:**      Matt Olavi<br><br>PayByPhone Parking Receipt<br><br>Location: 38602034<br>Stall: 4<br><br>Description: [200 BLOCK] DRUMM ST (ODD)<br><br>Start Parking: 2013/12/14 11:24AM<br>Stop Parking: 2013/12/14 11:54AM<br>Cost: $0.65 incl. service charge.<br><br>You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.<br><br>NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com<br><br>Thank you for using PayByPhone.<br><br><br>ECL-PBP-00018 (Box Added) |

| '899 Patent Claim | |
|---|---|
| [2]  The method of claim 1, wherein the causing is or comprises at least communicating the selected time to a personal communications device associated with the mobile thing. | The PayByPhone Automated Parking System practices the method of claim 1, wherein the causing is or comprises at least communicating the selected time to a personal communications device associated with the mobile thing.<br><br>For example, in order to cause the user to remove her vehicle from the indicated parking space by the selected time, PayByPhone Automated Parking System notifies the user the her selecting parking time is set to expire via SMS message, electronic mail, or through a notification within the PayByPhone App.  *See, e.g.*, [1D]. |

8

| '899 Patent Claim | |
|---|---|
| [7]  The method of claim 1, further comprising determining the arrival or departure times in relation to the location, at least in part based upon travel status of the mobile thing. | The PayByPhone Automated Parking System practices the method of claim 1, further comprising determining the arrival or departure times in relation to the location, at least in part based upon travel status of the mobile thing.<br><br>For example, the PayByPhone Automated Parking System is designed such that users must first utilize the system immediately after arriving at a particular parking space by providing the relevant information (such as the location number and space number) to the PayByPhone Automated Parking System.  At that time, and based on this information, the PayByPhone Automated Parking System determines the plurality of departure times that will be provided to the user and offered by the system in relation to the location according to the rules and regulations of the area in which the user is parked and the time that the user arrived (such as maximum time limits or other time restrictions).  Accordingly, the determination of the departure times in relation to the stop location is at least in part based upon the time that the user's vehicle and mobile device reached a particular location. *See, e.g.,*<br><br><br>ECL-PBP-00017, ECL-PBP-00056 |

9

| '899 Patent Claim | |
|---|---|
| [12A]  An automated notification system, comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone App, is an automated notification system.<br><br>For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers that provide automated notifications (via SMS message, email, and/or an in app message) based upon the impending departure of the user's vehicle from a  parking space – i.e., when a user's parking is about to expire. |
| [12B]  means for initiating a notification communication session with a personal communications device, based upon impending arrival or departure of one or more mobile things in relation to a location; | The PayByPhone Automated Parking System initiates a notification communication session with a personal communications device, based upon impending arrival or departure of one or more mobile things in relation to a location.  *See, e.g.*, [1B].<br><br>This function is performed by one or more computers having one or more memories for storing computer program code and one or more processors for executing computer program code. |
| [12C]  means for providing a plurality of arrival or departure times in relation to the location and enabling selection of one of the times during the notification communication session; and | The PayByPhone Automated Parking System provides a plurality of arrival or departure times in relation to the location and enabling selection of one of the times during the notification communication session.  *See, e.g.*, [1C].<br><br>This function is performed by one or more computers having one or more memories for storing computer program code and one or more processors for executing computer program code. |
| [12D]  means for causing a mobile thing to arrive at or depart from the location at substantially the selected time. | The PayByPhone Automated Parking System causes a mobile thing to arrive at or depart from the location at substantially the selected time.  *See, e.g.*, [1D].<br><br>This function is performed by one or more computers having one or more memories for storing computer program code and one or more processors for executing computer program code. |

| '899 Patent Claim | |
|---|---|
| [13]  The system of claim 12, wherein further comprising a means for communicating the selected time to a personal communications device associated with the mobile thing. | The PayByPhone Automated Parking System comprises the system of claim 12, wherein further comprising a means for communicating the selected time to a personal communications device associated with the mobile thing.  *See, e.g.*, [2].<br><br>This function is performed by one or more computers having one or more memories for storing computer program code and one or more processors for executing computer program code. |
| [15]  The system of claim 12, further comprising a means for determining the arrival or departure times in relation to the location, at least in part based upon travel status of the mobile thing. | The PayByPhone Automated Parking System comprises the system of claim 12, wherein further comprising a means for communicating the selected time to a personal communications device associated with the mobile thing.  *See, e.g.*, [7].<br><br>This function is performed by one or more computers having one or more memories for storing computer program code and one or more processors for executing computer program code. |
| [21A]  A computer system, comprising: memory storing computer program instructions; and one or more processors configured by the computer program instructions to: | The PayByPhone Automated Parking System, which includes the PayByPhone App, is a computer system comprising memory storing computer program instructions and one or more processors configured by the computer program instructions.<br><br>For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers, each of which comprises memory that stores computer program instruction and one or more processors, which are configured by the computer program instructions to provide automated notifications (via SMS message, email, and/or an in app message) based upon the impending departure of the user's vehicle from a parking space – i.e., when a user's parking is about to expire. |

| '899 Patent Claim | |
|---|---|
| [21B]  initiate a notification communication session with a personal communications device over a network, based upon impending arrival or departure of one or more mobile things in relation to a location; | The one or more processors of the PayByPhone Automated Parking System are configured to initiate a notification communication session with a personal communications device over a network, based upon impending arrival or departure of one or more mobile things in relation to a location.  *See, e.g.*, [1B]. |
| [21C]  provide a plurality of arrival or departure times in relation to the location and enable selection of one of the times during the notification communication session; and | The one or more processors of the PayByPhone Automated Parking System are configured to provide a plurality of arrival or departure times in relation to the location and enable selection of one of the times during the notification communication session.  *See, e.g.*, [1C]. |
| [21D]  cause a mobile thing to arrive at or depart from the location at substantially the selected time. | The one or more processors of the PayByPhone Automated Parking System are configured to cause a mobile thing to arrive at or depart from the location at substantially the selected time.  *See, e.g.*, [1D]. |
| [22]  The system of claim 21, wherein the one or more processors are further configured by the computer program instructions to communicate the selected time to a personal communications device associated with the mobile thing. | The PayByPhone Automated Parking System comprises the system of claim 21, wherein the one or more processors are further configured by the computer program instructions to communicate the selected time to a personal communications device associated with the mobile thing.  *See, e.g.*, [2]. |
| [24]  The system of claim 21, wherein the one or more processors are further configured by the computer program instructions to determine the arrival or departure times in relation to the location, at least in part based upon travel status of the mobile thing. | The PayByPhone Automated Parking System comprises the system of claim 21, wherein the one or more processors are further configured by the computer program instructions to determine the arrival or departure times in relation to the location, at least in part based upon travel status of the mobile thing.  *See, e.g.*, [7]. |

12

# Exhibit 2

**UNITED STATES PATENT NO. 8,531,317**

**PRELIMINARY INFRINGEMENT CONTENTIONS**

<u>**Infringing PayByPhone Products:**</u>[1] PayByPhone Automated Parking System(s), including the PayByPhone Applications[2]

| '317 Patent Claim | |
|---|---|
| [1A]  A method for an automated notification system implemented by one or more computers, comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone smartphone application ("PayByPhone App"), practices a method for an automated notification system implemented by one or more computers.<br><br>For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers that provides automated notifications (via SMS message, email, and/or an in app message).  *See, e.g.,* |

---

[1]  This list of Infringing PayByPhone Products was created based on publicly available information and is not exhaustive.

[2]   This chart provides exemplary infringement evidence for the PayByPhone smartphone application for Apple's iOS platform, but on information and belief, it is also applicable to PayByPhone's smartphone application for Google's Android platform, PayByPhone's smartphone application for the Window's Mobile platform, and PayByPhone's mobile web application.

| '317 Patent Claim | |
|---|---|
| | 
ECL-PBP-00010, ECL-PBP-00006 |

2

| '317 Patent Claim | |
|---|---|
| | **Tuesday, May 6, 2014 at 9:44:23 PM Pacific Daylight Time**

**Subject:** PayByPhone Parking Receipt
**Date:**     Saturday, December 14, 2013 at 11:25:12 AM Pacific Standard Time
**From:**     support@paybyphone.com
**To:**       Matt Olavi

PayByPhone Parking Receipt

Location: 38602034
Stall: 4

Description: [200 BLOCK] DRUMM ST (ODD)

Start Parking: 2013/12/14 11:24AM
Stop Parking: 2013/12/14 11:54AM
Cost: $0.65 incl. service charge.

You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.

NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com

Thank you for using PayByPhone.

ECL-PBP-00018 |

3

| '317 Patent Claim | |
|---|---|
| [1B]  engaging in a first communication session with a personal communications device (PCD) for scheduling an order relating to pickup or delivery of a good or service at a stop location; | The PayByPhone Automated Parking System engages in a first communication session with a personal communications device (PCD) for scheduling an order relating to pickup or delivery of a good or service at a stop location.<br><br>For example, the PayByPhone Automated Parking System engages in a first communication session with a user's smartphone, tablet computer, or mobile device through the PayByPhone App in order to schedule an order relating to the delivery and/or provisioning of parking at a given parking space (stop location).  *See, e.g.,*<br><br><br><br>ECL-PBP-00002 (Box added) |

4

| '317 Patent Claim | |
|---|---|
| [1C]  during the first communication session, providing a plurality of arrival or departure times for the pickup or delivery of the good or service at the stop location; | During the first communication session, The PayByPhone Automated Parking System provides a plurality of arrival or departure times for the pickup or delivery of the good or service at the stop location.<br><br>For example, during the first communication session, the PayByPhone Automated Parking System allows the user to purchase parking time so that her vehicle may remain in a parking space for certain period of time.  The PayByPhone Automated Parking System provides the user with a plurality of departure times, dependent on the rules and regulations of the area in which the user is parked, and offers various time intervals (minutes, hours, days, weeks, and/or months) and a user-provided quantity to enable the user to select her desired departure time from said plurality of departure times.  *See, e.g.,*<br><br>  <br><br>ECL-PBP-00017, ECL-PBP-00013, ECL-PBP-00002 |

| '317 Patent Claim | |
|---|---|
| [1D]  during the first communication session, enabling selection of a time for pickup or delivery of the good or service at the stop location; | During the first communication session, The PayByPhone Automated Parking System enables selection of a time for pickup or delivery of the good or service at the stop location.<br><br>For example, during the first communication session, the PayByPhone Automated Parking System enables the user to select a time interval and corresponding quantity thereof to select a time for **delivery** and/or provisioning of parking services at a particular parking space.  *See, e.g.,* [1C]; see also, e.g.,<br><br> <br><br>ECL-PBP-00013, ECL-PBP-00002 (Box added) |

6

| '317 Patent Claim | |
|---|---|
| [1E]  enabling a mobile thing (MT) to arrive at or depart from the stop location at substantially the selected time; | The PayByPhone Automated Parking System enables a mobile thing (MT) to arrive at or depart from the stop location at substantially the selected time.<br><br>For example, the PayByPhone Automated Parking System authorizes the user's vehicle to remain at the selected parking space (stop location) until the expiration of the user's previously selected time and permits a user's vehicle to depart from the previously selected parking space at or before the time selected by the user.  *See, e.g.,*<br><br><br><br>ECL-PBP-00007 |

7

| '317 Patent Claim | |
|---|---|
| [1F]  enabling initiation of a second communication session with the PCD; and | The PayByPhone Automated Parking System enables initiation of a second communication session with the PCD.<br><br>For example, the PayByPhone Automated Parking System enables the user to initiate a second communication session with the PayByPhone Automated Parking System.  *See, e.g.,*<br><br><br><br>ECL-PBP-00006, ECL-PBP-00007, ECL-PBP-00008 |

| '317 Patent Claim | |
|---|---|
| [1G]  during the second communication session, enabling a change to information associated with the order that was established during the first communication session. | During the second communication session, the PayByPhone Automated Parking System enables a change to information associated with the order that was established during the first communication session.

For example, during the second communication session, the PayByPhone Automated Parking System enables the user to change the amount of parking time (information associated with the order that was established during the first communication session) by adding more time.  In the example, below, the user added five minutes.  *See, e.g.,*

 

ECL-PBP-00007 (Box added), ECL-PBP-00008 (Box added) |

9

| '317 Patent Claim | |
|---|---|
| [3]  The method of claim 1, wherein the information is a quantity of the good or service and further comprising changing the quantity. | The PayByPhone Automated Parking System practices the method of claim 1, wherein the information is a quantity of the good or service and further comprising changing the quantity.  *See, e.g.*, [1G]. |
| [5]  The method of claim 1, wherein the information is the selected time and further comprising changing the selected time. | The PayByPhone Automated Parking System practices the method of claim 1, wherein the information is the selected time and further comprising changing the selected time.  *See, e.g.*, [1G]. |
| [8]  The method of claim 1, further comprising communicating the selected time to a PCD associated with the MT. | The PayByPhone Automated Parking System practices the method of claim 1, further comprising communicating the selected time to a PCD associated with the MT.<br><br>For example, the PayByPhone Automated Parking System communicates the selected, parking time via via SMS message, email, and/or an in app message to a smartphone, tablet, or other personal communications device associated with the vehicle through its user.  *See, e.g.*,<br><br><br><br>ECL-PBP-00010, ECL-PBP-00007 |

| '317 Patent Claim | |
|---|---|
| | **Tuesday, May 6, 2014 at 9:44:04 PM Pacific Daylight Time**<br><br>**Subject:** PayByPhone Parking Receipt<br>**Date:**    Saturday, December 14, 2013 at 11:27:12 AM Pacific Standard Time<br>**From:**    support@paybyphone.com<br>**To:**        Matt Olavi<br><br>PayByPhone Parking Receipt<br><br>Location: 38602034<br>Stall: 4<br><br>Description: [200 BLOCK] DRUMM ST (ODD)<br><br>Start Parking: 2013/12/14 11:54AM<br>Stop Parking: 2013/12/14 11:59AM<br>Cost: $0.48 incl. service charge.<br><br>You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.<br><br>NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com<br><br>Thank you for using PayByPhone.<br><br>ECL-PBP-00018 |

11

| '317 Patent Claim | |
|---|---|
| [12]  The method of claim 1, further comprising determining the arrival or departure times in relation to the stop location, at least in part based upon travel status of the MT. | The PayByPhone Automated Parking System practices the method of claim 1, further comprising determining the arrival or departure times in relation to the stop location, at least in part based upon travel status of the MT.<br><br>For example, the PayByPhone Automated Parking System is designed such that users must first utilize the system immediately after arriving at a particular parking space by providing the relevant information (such as the location number and space number) to the PayByPhone Automated Parking System.  At that time, and based on this information, the PayByPhone Automated Parking System determines the plurality of departure times that will be provided to the user and offered by the system in relation to the location according to the rules and regulations of the area in which the user is parked and the time that the user arrived (such as maximum time limits or other time restrictions).  Accordingly, the determination of the departure times in relation to the stop location is at least in part based upon the time that the user's vehicle and mobile device reached a particular location.  *See, e.g.,*<br><br> <br><br>ECL-PBP-00017, ECL-PBP-00056 |

| '317 Patent Claim | |
|---|---|
| [18]  The method of claim 1, wherein the time is a time period. | The PayByPhone Automated Parking System practices the method of claim 1, the time is a time period.  *See, e.g.*  ECL-PBP-00007 (Box added), ECL-PBP-00008 (Box added) |
| [19A]  An automated notification system implemented by one or more computers, comprising: | The PayByPhone Automated Parking System is an automated notification system implemented by one or more computers.  *See, e.g.*, [1A]. |

| '317 Patent Claim | |
|---|---|
| [19B]  one or more memories that store computer program code; and | The PayByPhone Automated Parking System comprises one or more memories that store computer program code.<br><br>For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers that contain one or more memories that store computer program code. |
| [19C]  one or more processors that executed the computer program code, the computer program code comprising: | The PayByPhone Automated Parking System comprises one or more processors that executed the computer program code.<br><br>For example, the PayByPhone Automated Parking System is a parking system implemented by one or more computers that contain one or more processors that execute computer program code. |
| [19D]  instructions to engage in a first communication session with a personal communications device (PCD) for scheduling an order relating to pickup or delivery of a good or service at a stop location; | The PayByPhone Automated Parking System contains computer program code comprising instructions to engage in a first communication session with a personal communications device (PCD) for scheduling an order relating to pickup or delivery of a good or service at a stop location.  *See, e.g.*, [1B]. |
| [19E]  instructions to, during the first communication session, provide a plurality of arrival or departure times for the pickup or delivery of the good or service at the stop location; | The PayByPhone Automated Parking System contains computer program code comprising instructions to, during the first communication session, provide a plurality of arrival or departure times for the pickup or delivery of the good or service at the stop location.  *See, e.g.*, [1C]. |
| [19F]  instructions to, during the first communication session, enable selection of a time for pickup or delivery of the good or service at the stop location; | The PayByPhone Automated Parking System contains computer program code comprising instructions to, during the first communication session, enable selection of a time for pickup or delivery of the good or service at the stop location.  *See, e.g.*, [1D]. |

14

| '317 Patent Claim | |
|---|---|
| [19G]  instructions to enable a mobile thing (MT) to arrive at or depart from the stop location at substantially the selected time; | The PayByPhone Automated Parking System contains computer program code comprising instructions to enable a mobile thing (MT) to arrive at or depart from the stop location at substantially the selected time.  *See, e.g.*, [1E]. |
| [19H]  instructions to enable initiation of a second communication session with the PCD; and | The PayByPhone Automated Parking System contains computer program code comprising instructions to enable initiation of a second communication session with the PCD.  *See, e.g.*, [1F]. |
| [19I]  instructions to, during the second communication session, enable a change to information associated with the order that was established during the first communication session. | The PayByPhone Automated Parking System contains computer program code comprising instructions to, during the second communication session, enable a change to information associated with the order that was established during the first communication session.  *See, e.g.*, [1G]. |
| [20]  The system of claim 19, wherein the information includes at least one or more of the following: an identification of the good or service; a quantity of the good or service; the stop location; the selected time, or contact information defining how to contact a party associated with the PCD. | The PayByPhone Automated Parking System comprises the system of claim 19, wherein the information includes at least one or more of the following: an identification of the good or service; a quantity of the good or service; the stop location; the selected time, or contact information defining how to contact a party associated with the PCD.  *See, e.g.*, [1G]. |
| [22]  The system of claim 20, further comprising instructions to communicate the selected time to a PCD associated with the MT. | The PayByPhone Automated Parking System comprises the system of claim 20, further comprising instructions to communicate the selected time to a PCD associated with the MT.  *See, e.g.*, [8]. |

15

| '317 Patent Claim | |
|---|---|
| [24]  The system of claim 20, further comprising instructions to determine the arrival or departure times in relation to the stop location, at least in part based upon travel status of the MT. | The PayByPhone Automated Parking System comprises the system of claim 20, further comprising instructions to determine the arrival or departure times in relation to the stop location, at least in part based upon travel status of the MT.  *See, e.g.*, [12]. |

Exhibit 3

**UNITED STATES PATENT NO. 8,564,459**

**PRELIMINARY INFRINGEMENT CONTENTIONS**

**Infringing PayByPhone Products:**[1] PayByPhone Automated Parking System(s), including the PayByPhone Applications[2]

| '459 Patent Claim | |
|---|---|
| [1A]  A notification system having a computer-based architecture using one or more computers, the notification system comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone smartphone application ("PayByPhone App"), is a notification system having a computer-based architecture using one or more computers.<br><br>For example, the PayByPhone Automated Parking System is a parking system having a computer-based architecture using one or more computers that provides notifications (including but limited to via SMS message, email, or in-app notification).  *See, e.g.,* |

---

[1]  This list of Infringing PayByPhone Products was created based on publicly available information and is not exhaustive.

[2]   This chart provides exemplary infringement evidence for the PayByPhone smartphone application for Apple's iOS platform, but on information and belief, it is also applicable to PayByPhone's smartphone application for Google's Android platform, PayByPhone's smartphone application for the Window's Mobile platform, and PayByPhone's mobile web application.

| '459 Patent Claim | |
|---|---|
| | <br><br>ECL-PBP-00010 (Boxes Added), ECL-PBP-00006 |

| '459 Patent Claim | |
|---|---|
| [1B] (A) one or more memories for storing computer program code; and | The PayByPhone Automated Parking System comprises one or more memories for storing computer program code.<br><br>For example, the PayByPhone Automated Parking System utilizes at least one back-end server which contains one or more memories for storing computer program code to, among other things, operate the system, keep track of parking times, and process payments. |
| [1C] (B) one or more processors for executing the computer program code stored in the one or more memories, the computer program code comprising: | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories.<br><br>For example, the PayByPhone Automated Parking System utilizes at least one back-end server which contains one or more processors for executing the computer program code in [1B]. |

3

| '459 Patent Claim | |
|---|---|
| [1D]  (1) code designed to enable the notification system to engage in a first communication session with a first personal communication device (PCD) associated with a first party so that delivery or pickup information in connection with a good or service can be communicated; | The PayByPhone Automated Parking System contains computer code comprising code designed to enable the notification system to engage in a first communication session with a first personal communication device (PCD) associated with a first party so that delivery or pickup information in connection with a good or service can be communicated.<br><br>For example, the PayByPhone Automated Parking System contains computer program code designed to enable the notification system to engage in a first communication session with a user's smartphone, tablet computer, or mobile device so that information in connection with the delivery and/or provisioning of parking at a given parking space can be communicated.  *See, e.g.,*<br><br><br><br>ECL-PBP-00013, ECL-PBP-00002 |

4

| '459 Patent Claim | |
|---|---|
| [1E]  (2) code designed to, during the first communication session, enable the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) contact information defining how to contact the first party, the contact information being associated with the first PCD or a second PCD; | The PayByPhone Automated Parking System contains computer code comprising code designed to, during the first communication session, enable the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) contact information defining how to contact the first party, the contact information being associated with the first PCD or a second PCD.<br><br>For example, the PayByPhone Automated Parking System contains computer program code designed to, during the first communication session, enable the user (the first party) to input or select at least (a) an identification of the area in which the user wishes to purchase parking, (b) the amount of parking time that the user would like to purchase, (c) the specific parking space within a given area that the user would like to park in, and (d) the email address and/or cellular telephone number associated with the user's smartphone, tablet computer, or other mobile device.  *See, e.g.,*<br><br> |

| '459 Patent Claim | |
| --- | --- |
| |  ECL-PBP-00001, ECL-PBP-00002, ECL-PBP-00002, ECL-PBP-00011, ECL-PBP-00014 (Boxes added) |

| '459 Patent Claim | |
|---|---|
| [1F] (3) code designed to analyze timing information pertaining to delivery or pickup of the good or service at the stop location; | The PayByPhone Automated Parking System contains computer code comprising code designed to analyze timing information pertaining to delivery or pickup of the good or service at the stop location.<br><br>For example, the PayByPhone Automated Parking System contains computer code designed to calculate the time at which the user's vehicle must be moved from the parking space and/or to monitor the amount of parking time remaining. *See, e.g.*,<br><br> <br>ECL-PBP-00008 (Boxes added), ECL-PBP-00006 (Boxes added) |

7

| '459 Patent Claim | |
|---|---|
| [1G]  (4) code designed to enable the notification system to engage in a second communication session with the first party via the first or second PCDs based upon the timing information; | The PayByPhone Automated Parking System contains computer code comprising code designed to enable the notification system to engage in a second communication session with the first party via the first or second PCDs based upon the timing information.<br><br>For example, the PayByPhone Automated Parking System contains computer code designed to enable the notification system to engage in a second communication session with the user via the user's smartphone, tablet computer, or mobile device based upon the timing information by notifying the user that her parking time is set to expire and/or allowing the user to purchase additional parking time.  *See, e.g.,*<br><br><br>ECL-PBP-00010, ECL-PBP-00006 |

8

| '459 Patent Claim | |
|---|---|
| [1H]  (5) code designed to, during the second communication session, provide or enable viewing of purchase order information to the first party associated with the first PCD, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d); | The PayByPhone Automated Parking System contains computer code comprising code designed to, during the second communication session, provide or enable viewing of purchase order information to the first party associated with the first PCD, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d).<br><br>For example, during the second communication session, after the user selects the "EXTEND" button in the PayByPhone App, (*see* [1G]), the PayByPhone Automated Parking System enables viewing of purchase order information relating to (a) an identification of the area in which the user purchased parking, (b) the amount of parking time that the user purchased, and (c) the specific parking space within a given area that the user parked in.  *See* [1E]; s*ee also, e.g.*,<br><br><br>ECL-PBP-00007 (Box added) |

9

| '459 Patent Claim | |
|---|---|
| [1I]  (6) code designed to, during the second communication session, enable the first party associated with the first PCD to change at least one of (a), (b), (c), or (d) of the purchase order information; and | The PayByPhone Automated Parking System contains computer code comprising code designed to, during the second communication session, enable the first party associated with the first PCD to change at least one of (a), (b), (c), or (d) of the purchase order information.<br><br>For example, the PayByPhone Automated Parking System contains computer code comprising code designed to, during the second communication session, enable the user to change (b) the amount of parking time that the user purchased by purchasing additional time.  *See, e.g.*,<br><br><br><br>ECL-PBP-00007 (Box added) |

| '459 Patent Claim | |
|---|---|
| [1J]  (7) code designed to produce modified purchase order information reflecting the change made by the first party associated with the first PCD and communicate the modified purchase order information to the first party associated with the first PCD. | The PayByPhone Automated Parking System contains computer code comprising code designed to produce modified purchase order information reflecting the change made by the first party associated with the first PCD and communicate the modified purchase order information to the first party associated with the first PCD.<br><br>For example, when the user changes the amount of parking time by purchasing additional time, (*see* [1I]), the PayByPhone Automated Parking System contains computer code comprising code designed to produce modified purchase information, reflecting the additional time purchased by the user, and to communicate the modified purchase information to the user via email, SMS message, or in-app notification.  *See, e.g.,*<br><br>**Tuesday, May 6, 2014 at 9:44:04 PM Pacific Daylight Time**<br><br>**Subject:** PayByPhone Parking Receipt<br>**Date:**    Saturday, December 14, 2013 at 11:27:12 AM Pacific Standard Time<br>**From:**    support@paybyphone.com<br>**To:**       Matt Olavi<br><br>PayByPhone Parking Receipt<br><br>Location: 38602034<br>Stall: 4<br><br>Description: [200 BLOCK] DRUMM ST (ODD)<br><br>Start Parking: 2013/12/14 11:54AM<br>Stop Parking: 2013/12/14 11:59AM<br>Cost: $0.48 incl. service charge.<br><br>You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.<br><br>NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com<br><br>Thank you for using PayByPhone. |

11

| '459 Patent Claim | |
|---|---|
| |  ECL-PBP-00018, ECL-PBP-00009, ECL-PBP-00010 (Boxes added) |
| [2]  The system of claim 1, wherein the first communication session and the second communication session occur at least in part over the Internet. | The PayByPhone Automated Parking System is the system of claim 1, wherein the first communication session and the second communication session occur at least in part over the Internet.<br><br>For example, the PayByPhone App, which is installed on the user's smartphone, tablet computer, or mobile device, and is remote from the related back-end server(s) communicates with the PayByPhone Automated Parking System at least in part over the Internet. |

12

| '459 Patent Claim | |
|---|---|
| [6]  The system of claim 1, wherein the contact information is an email address. | The PayByPhone Automated Parking System is the system of claim 1, wherein the contact information is an email address. *See, e.g.,* <br><br>ECL-PBP-00014 |

13

| '459 Patent Claim | |
|---|---|
| [7]  The system of claim 1, further comprising (8) code designed to enable the first party to authorize a payment for the good or service from a financial account during the first communication session, the second communication session, or both. | The PayByPhone Automated Parking System is the system of claim 1, further comprising (8) code designed to enable the first party to authorize a payment for the good or service from a financial account during the first communication session, the second communication session, or both.<br><br>For example, the PayByPhone Automated Parking System is the system of claim 1, further comprising code designed to enable the user to authorize payment for the parking from a credit card account during the first communication session, the second communication session, or both.  *See, e.g.,*<br><br><br><br>ECL-PBP-00008 (Box added) |

| '459 Patent Claim | |
|---|---|
| [10]  The system of claim 1, wherein the first communication session, the second communication session, or both, comprise a plurality of communications. | The PayByPhone Automated Parking System is the system of claim 1, wherein the first communication session, the second communication session, or both, comprise a plurality of communications.<br><br>For example, the PayByPhone Automated Parking System is a system of claim 1, wherein both the first communication session and the second communication session comprise a plurality of communications between the PayByPhone App and the PayByPhone Automated Parking System.  *See, e.g.*, [1D], [1E], [1G], [1H], and [1I]. |
| [11]  The system of claim 1, further comprising (8) code that, during the first communication session, enables the first party to input or select (e) an identification of an MT. | The PayByPhone Automated Parking System is the system of claim 1, further comprising (8) code that, during the first communication session, enables the first party to input or select (e) an identification of an MT.<br><br>For example, the PayByPhone Automated Parking System contains code that, during the first communication session, enables the user to input or select an identification of the user's vehicle by license plate and vehicle type.  *See, e.g.*,<br><br><br><br>ECL-PBP-00015 |

15

| '459 Patent Claim | |
|---|---|
| [12A]  A method for a notification system having a computer-based architecture using one or more computers, one or more memories associated with the one or more computers for storing computer program code, and one or more processors associated with the one or more computers for executing the computer program code in order to perform the method, the method comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone App, practices a method for a notification system having a computer-based architecture using one or more computers, one or more memories associated with the one or more computers for storing computer program code, and one or more processors associated with the one or more computers for executing the computer program code in order to perform the method.<br><br>For example, The PayByPhone Automated Parking System is a computer-based system using one or more computers, one or more memories associated with the one or more computers for storing computer program code, and one or more processors associated with the one or more computers for executing the computer code.  *See, e.g.*, [1A]-[1C]. |

| '459 Patent Claim | |
|---|---|
| [12B] (A) engaging in a first one or more communications with a first party so that delivery or pickup information in connection with a good or service can be communicated; | The PayByPhone Automated Parking System engages in a first one or more communications with a first party so that delivery or pickup information in connection with a good or service can be communicated.<br><br>For example, the PayByPhone Automated Parking System engages in a first one or more communications with a user's smartphone, tablet computer, or mobile device so that information in connection with the delivery and/or provisioning of parking at a given parking space can be communicated. *See, e.g.*,<br><br><br><br>ECL-PBP-00013, ECL-PBP-00002 |

| '459 Patent Claim | |
|---|---|
| [12C]  (B) during the first one or more communications, enabling the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) a communication method defining how to contact the first party; | During the first one or more communications, the PayByPhone Automated Parking System enables the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) a communication method defining how to contact the first party.<br><br>For example, during the first one or more communications, the PayByPhone Automated Parking System enables the user (the first party) to input or select at least (a) an identification of the area in which the user wishes to purchase parking, (b) the amount of parking time that the user would like to purchase, (c) the specific parking space within a given area that the user would like to park in, and (d) the email address and/or cellular telephone number associated with the user's smartphone, tablet computer, or other mobile device.  *See, e.g.,*<br><br> |

| '459 Patent Claim | |
|---|---|
| | <br><br>ECL-PBP-00001, ECL-PBP-00002, ECL-PBP-00002, ECL-PBP-00011, ECL-PBP-00014<br>(Boxes added) |

19

| '459 Patent Claim | |
|---|---|
| [12D]  (C) analyzing timing information pertaining to delivery or pickup of the good or service at the stop location; | The PayByPhone Automated Parking System analyzes timing information pertaining to delivery or pickup of the good or service at the stop location.<br><br>For example, the PayByPhone Automated Parking System calculates the time at which the user's vehicle must be moved from the parking space and/or monitors the amount of parking time remaining. *See, e.g.,*<br><br> <br>ECL-PBP-00008 (Boxes added), ECL-PBP-00006 (Boxes added) |

| '459 Patent Claim | |
|---|---|
| [12E]  (D) engaging in a second one or more communications with the first party based upon the timing information; | The PayByPhone Automated Parking System engages in a second one or more communications with the first party based upon the timing information.<br><br>For example, the PayByPhone Automated Parking System engages in a second one or more communications with the user via the user's smartphone, tablet computer, or mobile device based upon the timing information by notifying the user that her parking time is set to expire and/or allowing the user to purchase additional parking time. *See, e.g.*,<br><br><br><br>ECL-PBP-00010, ECL-PBP-00006 |

| '459 Patent Claim | |
|---|---|
| [12F]  (E) during the second one or more communications: (1) providing a purchase order information to the first party, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d); | During the second one or more communications, the PayByPhone Automated Parking System provides a purchase order information to the first party, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d).<br><br>For example, during the second one or more communications, the PayByPhone Automated Parking System provides purchase order information to the user, indicating (a) an identification of the area in which the user purchased parking, (b) the amount of parking time that the user purchased, and (c) the specific parking space within a given area that the user parked in.  *See* [12E]; s*ee also, e.g.,*<br><br><br>ECL-PBP-00007 (Box added) |

| '459 Patent Claim | |
|---|---|
| [12G]  (2) enabling the first party to change at least one of (a), (b), (c), or (d) of the purchase order information; | During the second one or more communications, the PayByPhone Automated Parking System enables the first party to change at least one of (a), (b), (c), or (d) of the purchase order information.<br><br>For example, during the second one or more communications, the PayByPhone Automated Parking System enables the user to change (b) the amount of parking time that the user purchased by purchasing additional time.  *See, e.g.,*<br><br><br><br>ECL-PBP-00007 (Box added) |

23

| '459 Patent Claim | |
|---|---|
| [12H]  (3) producing a modified purchase order information reflecting the change made by the first party; and | During the second one or more communications, the PayByPhone Automated Parking System produces a modified purchase order information reflecting the change made by the first party.<br><br>For example, during the second one or more communications, when the user changes the amount of parking time that the user would like to purchase by purchasing additional time, (*see* [12G]), the PayByPhone Automated Parking System produces modified purchase information, reflecting the additional time purchased by the user.  *See, e.g.*,<br><br><table><tr><td>Tuesday, May 6, 2014 at 9:44:04 PM Pacific Daylight Time</td></tr><tr><td>**Subject:** PayByPhone Parking Receipt<br>**Date:**    Saturday, December 14, 2013 at 11:27:12 AM Pacific Standard Time<br>**From:**   support@paybyphone.com<br>**To:**       Matt Olavi<br><br>PayByPhone Parking Receipt<br><br>Location: 38602034<br>Stall: 4<br><br>Description: [200 BLOCK] DRUMM ST (ODD)<br><br>Start Parking: 2013/12/14 11:54AM<br>Stop Parking: 2013/12/14 11:59AM<br>Cost: $0.48 incl. service charge.<br><br>You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.<br><br>NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com<br><br>Thank you for using PayByPhone.</td></tr></table> |

24

| '459 Patent Claim | |
|---|---|
| | <br><br>ECL-PBP-00018, ECL-PBP-00009, ECL-PBP-00010<br>(Boxes added) |
| [12I]  (4) communicating the modified purchase order information to the first party. | During the second one or more communications, the PayByPhone Automated Parking System communicates the modified purchase order information to the first party.<br><br>For example, during the second one or more communications, when the user changes the amount of parking time that the user would like to purchase by purchasing additional time, (*see* [12G]), the PayByPhone Automated Parking System produces modified purchase information, reflecting the additional time purchased by the user.  It then communicates the modified time information to the user through SMS messages, emails, and/or in-app notifications.  *See, e.g.*, [12H]. |

| '459 Patent Claim | |
|---|---|
| [13]  The method of claim 12, wherein the first communication session and the second communication session occur at least in part over the Internet. | The PayByPhone Automated Parking System practices the method of claim 12, wherein the first communication session and the second communication session occur at least in part over the Internet.<br><br>For example, the PayByPhone App, which is installed on the user's smartphone, tablet computer, or mobile device, and is remote from the related back-end server(s) communicates with the PayByPhone Automated Parking System at least in part over the Internet. |
| [17]  The method of claim 12, wherein the contact information is an email address. | The PayByPhone Automated Parking System practices the method of claim 12, wherein the contact information is an email address.  *See, e.g.,*<br><br><br><br>ECL-PBP-00014 |

26

| '459 Patent Claim | |
|---|---|
| [18]  The method of claim 12, further comprising (F) enabling the first party to authorize a payment for the good or service via a credit card account during the first one or more communications, the second one or more communications, or both. | The PayByPhone Automated Parking System practices the method of claim 12, further comprising (F) enabling the first party to authorize a payment for the good or service via a credit card account during the first one or more communications, the second one or more communications, or both.  *See, e.g.,*<br><br><br><br>ECL-PBP-00008 (Box added) |

27

| '459 Patent Claim | |
|---|---|
| [21]  The method of claim 12, further comprising, (F) during the first communication session, enabling the first party to input or select (e) an identification of the MT. | The PayByPhone Automated Parking System practices the method of claim 12, further comprising, (F) during the first communication session, enabling the first party to input or select (e) an identification of the MT.<br><br>For example, during the first communication session, the PayByPhone Automated Parking System enables the user to input or select an identification of the user's vehicle by license plate and vehicle type.  *See, e.g.,*<br><br><br>ECL-PBP-00015 |

| '459 Patent Claim | |
|---|---|
| [22A]  A computer-implemented notification system, comprising: | The PayByPhone Automated Parking System, which includes the PayByPhone App, is a computer-implemented notification system.<br><br>For example, the PayByPhone Automated Parking System is a parking system having a computer-based architecture using one or more computers that provides notifications (including but limited to via SMS message, email, or in-app notification).  *See, e.g.,*<br><br><br><br>ECL-PBP-00010 (Boxes Added), ECL-PBP-00006 |

| '459 Patent Claim | |
|---|---|
| [22B]  (A) one or more memories for storing computer program code; and | The PayByPhone Automated Parking System comprises one or more memories for storing computer program code.<br><br>For example, the PayByPhone Automated Parking System utilizes at least one back-end server which contains one or more memories for storing computer program code to, among other things, operate the system, keep track of parking times, and process payments. |
| [22C]  (B) one or more processors for executing the computer program code stored in the one or more memories, the computer program code configured to cause the one or more processors to perform at least the following: | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories.<br><br>For example, the PayByPhone Automated Parking System utilizes at least one back-end server which contains one or more processors for executing the computer program code in [22B]. |

| '459 Patent Claim | |
|---|---|
| [22D]  (1) engage in a first one or more data transfers with a first party so that delivery or pickup information in connection with a good or service can be communicated; | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to engage in a first one or more data transfers with a first party so that delivery or pickup information in connection with a good or service can be communicated.<br><br>For example, the PayByPhone Automated Parking System engages in a first one or more data transfers with a user's smartphone, tablet computer, or mobile device so that information in connection with the delivery and/or provisioning of parking at a given parking space can be communicated.  *See, e.g.,*<br><br><br><br>ECL-PBP-00013, ECL-PBP-00002 |

| '459 Patent Claim | |
|---|---|
| [22E]  (2) during the first one or more data transfers, enable the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) a communication method defining how to contact the first party; | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to during the first one or more data transfers, enable the first party to input or select at least (a) an identification of the good or service, (b) a quantity of the good or service, (c) a stop location for a delivery or pickup of the good or service, and (d) a communication method defining how to contact the first party.<br><br>For example, during the first one or more data transfers, the PayByPhone Automated Parking System enables the user (the first party) to input or select at least (a) an identification of the area in which the user wishes to purchase parking, (b) the amount of parking time that the user would like to purchase, (c) the specific parking space within a given area that the user would like to park in, and (d) the email address and/or cellular telephone number associated with the user's smartphone, tablet computer, or other mobile device.  *See, e.g.*,<br><br>  |

32

| '459 Patent Claim | |
|---|---|
| |  ECL-PBP-00001, ECL-PBP-00002, ECL-PBP-00002, ECL-PBP-00011, ECL-PBP-00014 (Boxes added) |

| '459 Patent Claim | |
|---|---|
| [22F]  (3) analyze timing information pertaining to delivery or pickup the good or service at the stop location; | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to analyze timing information pertaining to delivery or pickup the good or service at the stop location.<br><br>For example, the PayByPhone Automated Parking System calculates the time at which the user's vehicle must be moved from the parking space and/or monitors the amount of parking time remaining.  *See, e.g.,*<br><br> <br>ECL-PBP-00008 (Boxes added), ECL-PBP-00006 (Boxes added) |

34

| '459 Patent Claim | |
|---|---|
| [22G]  (4) engage in a second one or more data transfers with the first party based upon the timing information; | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to engage in a second one or more data transfers with the first party based upon the timing information.<br><br>For example, the PayByPhone Automated Parking System engages in a second one or more data transfers with the user via the user's smartphone, tablet computer, or mobile device based upon the timing information by notifying the user that her parking time is set to expire and/or allowing the user to purchase additional parking time.  *See, e.g.*,<br><br><br><br>ECL-PBP-00010, ECL-PBP-00006 |

| '459 Patent Claim | |
|---|---|
| [22H]  (5) during the second one or more data transfers, provide purchase order information to the first party, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d); | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to, during the second one or more data transfers, provide purchase order information to the first party, the purchase order information indicating at least one of the foregoing (a), (b), (c), or (d). <br><br> For example, during the second one or more data transfers, the PayByPhone Automated Parking System provides purchase order information to the user, indicating (a) an identification of the area in which the user purchased parking, (b) the amount of parking time that the user purchased, and (c) the specific parking space within a given area that the user parked in.  *See* [22E]; s*ee also, e.g.,* <br><br>  <br> ECL-PBP-00007 (Box added) |

36

| '459 Patent Claim | |
|---|---|
| [22I]  (6) during the second one or more data transfers, enable the first party to change at least one of foregoing (a), (b), (c), or (d) of the purchase order information; | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to, during the second one or more data transfers, enable the first party to change at least one of foregoing (a), (b), (c), or (d) of the purchase order information.<br><br>For example, during the second one or more data transfers, the PayByPhone Automated Parking System enables the user to change (b) the amount of parking time that the user purchased by purchasing additional time.  *See, e.g.,*<br><br><br><br>ECL-PBP-00007 (Box added) |

37

| '459 Patent Claim | |
|---|---|
| [22J]  (7) during the second one or more data transfers, produce a modified purchase order information reflecting the change made by the first party; and | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to, during the second one or more data transfers, produce a modified purchase order information reflecting the change made by the first party.<br><br>For example, during the second one or more data transfers, when the user changes the amount of parking time that the user would like to purchase by purchasing additional time, (*see* [22I]), the PayByPhone Automated Parking System produces a modified purchase order information, reflecting the additional time purchased by the user.  *See, e.g.*, |

Tuesday, May 6, 2014 at 9:44:04 PM Pacific Daylight Time

**Subject:** PayByPhone Parking Receipt
**Date:**      Saturday, December 14, 2013 at 11:27:12 AM Pacific Standard Time
**From:**     support@paybyphone.com
**To:**         Matt Olavi

PayByPhone Parking Receipt

Location: 38602034
Stall: 4

Description: [200 BLOCK] DRUMM ST (ODD)

Start Parking: 2013/12/14 11:54AM
Stop Parking: 2013/12/14 11:59AM
Cost: $0.48 incl. service charge.

You can access a full list of all your parking transactions and update your profile at www.paybyphone.com.

NEW! Now you can register and pay using the mobile web. Try it now m.paybyphone.com

Thank you for using PayByPhone.

| '459 Patent Claim | |
|---|---|
| | <br>ECL-PBP-00018, ECL-PBP-00009, ECL-PBP-00010<br>(Boxes added) |
| [22K]  (8) during the second one or more data transfers, communicate the modified purchase order information to the first party. | The PayByPhone Automated Parking System comprises one or more processors for executing the computer program code stored in the one or more memories to, during the second one or more data transfers, communicate the modified purchase order information to the first party.<br><br>For example, during the second one or more data transfers, when the user changes the amount of parking time that the user would like to purchase by purchasing additional time, (*see* [22I]), the PayByPhone Automated Parking System produces a modified purchase order information, reflecting the additional time purchased by the user.  It then communicates the modified time information to the user through SMS messages, emails, and/or in-app notifications.  *See, e.g.*, [22J]. |

| '459 Patent Claim | |
|---|---|
| [23]  The system of claim 22, wherein the first one or more data transfers and the second one or more data transfers occur at least in part over the Internet. | The PayByPhone Automated Parking System is a system of claim 22, wherein the first one or more data transfers and the second one or more data transfers occur at least in part over the Internet.<br><br>For example, the PayByPhone App, which is installed on the user's smartphone, tablet computer, or mobile device, and is remote from the related back-end server(s) communicates with the PayByPhone Automated Parking System at least in part over the Internet. |
| [26]  The system of claim 22, wherein the contact information is an email address. | The PayByPhone Automated Parking System is the system of claim 22, wherein the contact information is an email address. *See, e.g.,*<br><br><br>ECL-PBP-00014 |

| '459 Patent Claim | |
|---|---|
| [27] The system of claim 22, wherein the computer program code is further configured to (9) enable the first party to authorize a payment for the good or service via a credit card account during the first one or more data transfers, the second one or more data transfers, or both. | The PayByPhone Automated Parking System is the system of claim 22, wherein the computer program code is further configured to (9) enable the first party to authorize a payment for the good or service via a credit card account during the first one or more data transfers, the second one or more data transfers, or both. *See, e.g.,*<br><br><br><br>ECL-PBP-00008 (Box added) |

41